■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY HOWARD, Appellant. [980 NYS2d 780]—Appeals by the defendant from two judgments of the Supreme Court, Westchester County (Molea, J.), both rendered October 27, 2011, convicting him of burglary in the second degree under indictment No. 10-00102 and bail jumping in the second degree under indictment No. 10-00820, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and we have also reviewed the defendant's pro se supplemental brief. Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Skelos, J.P., Lott, Roman and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER C. HUGGINS, Appellant. [980 NYS2d 796]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 3, 2013 (*People v Huggins*, 105 AD3d 760 [2013]), affirming a judgment of the Supreme Court, Nassau County, rendered January 25, 2012.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dickerson, J.P., Chambers, Lott and Cohen, JJ., concur.